**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT COURT DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES, U.A. LOCAL NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN; BOARD OF TRUSTEES, U.A. LOCAL 343 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES, U.A. LOCAL NO. 343 LABOR MANAGEMENT COOPERATION COMMITTEE TRUST FUND, | Case No.: 2:18-cv-02991-MCE-KJN  **STIPULATION FOR ENTRY OF JUDGMENT; ORDER** |
| And, | |
| U.A. LOCAL NO. 343, | |
| Plaintiffs, | |
| v. | |
| NORTH BAY PLUMBING, INC., | |
| Defendant. | |

This Stipulation for Entry of Judgment is agreed to by and between Plaintiffs BOARD OF TRUSTEES, U.A. LOCAL NO. 343 PENSION TRUST FUND; BOARD OF TRUSTEES, U.A. LOCAL NOS. 343 AND 355 DEFINED CONTRIBUTION PLAN; BOARD OF TRUSTEES, PLUMBERS AND STEAMFITTERS MANAGED HEALTH CARE PLAN; BOARD OF TRUSTEES, U.A. LOCAL 343 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES, U.A. LOCAL NO. 343 LABOR MANAGEMENT

COOPERATION COMMITTEE TRUST FUND, and U.A. LOCAL NO. 343 ("Benefit Funds" and "Union", respectively; collectively "Plaintiffs") and Defendant NORTH BAY PLUMBING, INC. (hereinafter "Defendant") as follows:

WHEREAS, Defendant is a signatory employer to the Master Labor Agreement, which obligates Defendant to regularly pay to Plaintiffs contributions for hours worked by Defendant's bargaining unit employees and subcontractors, and further obligates Defendant to cooperate with regular compliance audits performed by Plaintiffs by maintaining and providing Plaintiffs with access to accurate time records of all employees and subcontractors; and

WHEREAS, Plaintiffs' audit of Defendant revealed substantial underreporting and a significant shortage in contributions owed to Plaintiffs; and

WHEREAS, Defendant disagrees with the findings of the Plaintiffs' audit; and

WHEREAS, Plaintiffs filed suit ("Lawsuit") against Defendant to collect unpaid contributions, including liquidated damages and interest; and

WHEREAS, the Parties have agreed to settle the Lawsuit and any potential claims through July 1, 2018, and as part of the settlement, Defendants agreed to stipulate to entry of judgment; and

WHEREAS, any companies with which the Defendant join or merges, if any, shall also be bound by the terms of this Stipulation as Guarantors; and

WHEREAS, while the Parties disagree as to the amount owed to the Plaintiffs, in an effort to resolve this Lawsuit, Defendant agrees to pay the Plaintiffs $300,000 (Three Hundred Thousand Dollars). Defendant shall make an initial immediate payment of $60,000 (Sixty Thousand Dollars), and make monthly payments of $4,000 (Four Thousand Dollars) every month, beginning January 1, 2019, for sixty (60) months; and

WHEREAS, the Parties further agree that if any payments are missed or late by more than ten (10) days, that the amount owing shall increase by $75,000 (Seventy-Five Thousand Dollars), and will cause the total remaining balance owed at the time of the missed or late payment, plus $75,000 (Seventy Five Thousand Dollars), plus interest at the rate of twelve percent (12%) per annum as specified in the Master Labor Agreement starting from the date of the first missed payment, to be due and payable immediately; and

WHEREAS, the Benefit Funds incurred $9,024.09 (Nine Thousand Twenty-Four and 09/100 Dollars) in audit fees, which are to be immediately paid by the Defendant pursuant to the Master Labor Agreement;

NOW THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by the Parties that this settlement covers all claims through July 1, 2018. The Parties further agree Defendant owes Benefit Funds $300,000 (Three Hundred Thousand Dollars), with $60,000 due immediately, with monthly payments of $4,000 (Four Thousand Dollars) beginning on January 1, 2019 for sixty (60) months. The Parties also agree that if any payments are missed or late by more than ten (10) days, the amount owing shall increase by $75,000 (Seventy-Five Thousand Dollars), and will cause the total remaining balance owed at the time of the missed or late payment, plus $75,000 (Seventy Five Thousand Dollars), plus interest at the rate of twelve percent (12%) per annum as specified in the Master Labor Agreement starting from the date of the first missed payment, to be due and payable immediately; and

IT IS FURTHER STIPULATED THAT Defendant shall pay the Benefit Fund audit fees in the amount of $9,024.09 (Nine Thousand Twenty-Four and 09/100 Dollars) immediately.

IT IS SO STIPULATED.

Dated:_____ By:_____
                                                                    for NORTH BAY PLUMBING, INC.;

Dated: _____ By: _____
                                                                    for BENEFIT FUNDS

Dated:_____ By: _____
                                                                    for UNION

**ORDER**

Pursuant to the stipulation of the parties, Judgment is entered against Defendant, as set forth in the Stipulation of Entry of Judgment, and the Clerk of the Court is directed to close his case.

IT IS SO ORDERED.

Dated: January 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE